| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

RONNIE DERRYL LEWIS § 
 § 
*versus* § CIVIL ACTION NO. 4:16-CV-494 
 § CRIMINAL ACTION NO. 4:12-CR-98(1) 
UNITED STATES OF AMERICA §

## MEMORANDUM OPINION AND ORDER

A Report and Recommendation (#25) was issued on July 17, 2019, recommending dismissal of this case for Movant's failure to keep the Court apprised of his address. The deadline to file objections from the issuance of a Report and Recommendation is fourteen days, or July 31, 2019, in this case. Movant filed a notice of change of address on August 5, 2019, and he acknowledged receipt of the Report and Recommendation on August 6, 2019. Movant did not file objections, however. Fourteen days later, on August 20, 2019, the Court issued its Order of Dismissal (#28) and Final Judgment (#29). While it is solely Movant's obligation to timely file objections, the Court will reopen his case in the interest of justice.

It is therefore **ORDERED** the Clerk of the Court **REOPEN** Movant's case.

**Signed this date**
**Nov 18, 2019**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE